OPINION — AG — ** CONCURRENT PENSIONS ** AN INDIVIDUAL HAS A LEGAL RIGHT TO RECEIVE TWO PENSIONS THAT CITY OR TOWN HAS CONTRIBUTED FUNDS INTO AS LONG AS THAT ELIGIBILITY IS IN CONFORMITY WITH THE STATUTE OR STATUTES PROVIDING FOR PENSION RETIREMENT SYSTEM. (TOWN, CITY, MUNICIPALITY, EMPLOYEE) CITE: 11 O.S. 361 [11-361], 11 O.S. 373 [11-373](B), 11 O.S. 364 [11-364](A), OPINION NO. 63-408, OPINION NO. 72-123 (DONALD B. NEVARD)